Same case below, 157 Wash. App. 1053.

**No. 10-10744. Hector Ceron-Garcia, Petitioner v. United States.**

565 U.S. 847, 132 S. Ct. 166, 181 L. Ed. 2d 80, 2011 U.S. LEXIS 6235.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 411 Fed. Appx. 668.

**No. 10-10745. Joseph Michael Griffith, Petitioner v. S. A. Bird, et al.**

565 U.S. 847, 132 S. Ct. 167, 181 L. Ed. 2d 80, 2011 U.S. LEXIS 6442.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 410 Fed. Appx. 713.

**No. 10-10748. Henry Cruz Barraza, aka Henry Geo Barraza, aka Henry Cruz-Barraza, aka Henry Garcia, aka Henry Geovavay Barraza, aka Henry Geovarray Cruz Barraza, Petitioner v. United States.**

565 U.S. 847, 132 S. Ct. 167, 181 L. Ed. 2d 80, 2011 U.S. LEXIS 6382.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 414 Fed. Appx. 663.

**No. 10-10749. Anthony James Greene, Petitioner v. Washington.**

565 U.S. 847, 132 S. Ct. 167, 181 L. Ed. 2d 80, 2011 U.S. LEXIS 6307.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Washington, Division 2, denied.

**No. 10-10750. Danny Howell, Petitioner v. Richard Brown, Superintendent, Wabash Valley Correctional Facility.**

565 U.S. 847, 132 S. Ct. 167, 181 L. Ed. 2d 80, 2011 U.S. LEXIS 6472.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-10751. Dennis A. Givens, Petitioner v. Rebecca Randolph, et al.**

565 U.S. 847, 132 S. Ct. 167, 181 L. Ed. 2d 80, 2011 U.S. LEXIS 6368.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 414 Fed. Appx. 565.

**No. 10-10752. Thomas Hawkins, III, Petitioner v. California, et al.**

565 U.S. 847, 132 S. Ct. 167, 181 L. Ed. 2d 80, 2011 U.S. LEXIS 6420,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10753. Joseph R. Hurst, Petitioner v. Travis Hantke, et al.**

565 U.S. 848, 132 S. Ct. 168, 181 L. Ed. 2d 80, 2011 U.S. LEXIS 6316.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.